**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:24-cv-02794-WFJ-AEP**

**EYM DINER OF FLORIDA #21, LLC; AND**
**EYM DINER OF FLORIDA, LLC,**

     **PLAINTIFFS,**

**V.**

**COVINGTON SPECIALTY INSURANCE**
**COMPANY**

     **DEFENDANT.** _____/

## NOTICE OF SETTLEMENT

Defendant, **COVINGTON SPECIALTY INSURANCE COMPANY**, hereby files their Notice of Settlement and advise the Court that the parties mediated and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court retain jurisdiction to enforce the terms of settlement, if necessary.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

**/s/ PATRICK E. BETAR**
Evelyn M. Merchant / FBN: 488577
Patrick E. Betar/ FBN: 11073
Christopher Tracey, Jr. / FBN: 1031535
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Tel: (786) 338-2900
E-Mail: emerchant@berklawfirm.com
mmarta@berklawfirm.com
pbetar@berklawfirm.com
ctracey@berklawfirm.com
kmendez@berklawfirm.com
gustavo.rodriguez@berklawfirm.com
***Counsel for Defendant***

BERK, MERCHANT | & | SIMS
PLC

Case No. 8:24-cv-02794-WFJ-AEP
*EYM Diner of Florida #21, LLC; et al. v. Covington Spec. Ins. Co.*
**Page 2 of 2**

## CERTIFICATE OF SERVICE

We hereby certify that on this 16th day of September, 2025, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Service List:**

F. Todd Frederick, Esq. / FBN:117029
**Merlin Law Group**
4887 Belfort Road, Ste, 200
Jacksonville, FL 32256
Tel: (904) 516-9493
E-Mail: tfrederick@merlinlawgroup.com
sstruck@merlinlawgroup.com
*Counsel for Plaintiffs*

**/s/ PATRICK E. BETAR**